Writ refused. There is no showing that relator has applied to the trial court for relief and exhausted his remedies there.

268 So.2d 677

Hubert Joseph LeBLANC, Individually and as Administrator of the Minors, Cornel H. LeBlanc and Natalie M. LeBlanc

v.

The ESTATE of Anthony Joseph Pierre BLANCHARD et al.

Mrs. Melina ACOSTA, Widow of Joseph BLANCHARD

v.

DEPARTMENT OF HIGHWAYS of the State of Louisiana and the Aetna Casualty and Surety Company.

No. 52970.

Nov. 21, 1972.

268 So.2d 677

STATE of Louisiana

v.

John FULFORD.

No. 52979.

Nov. 21, 1972.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.